39 So.2d 697

### Fletcher YORK, Jr., v. STATE.

#### 4 Div. 534.

Supreme Court of Alabama.
Feb. 24, 1949.

Rehearing Denied April 14, 1949.

John C. Walters, of Troy, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Fletcher York, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of York v. State, Ala.App., 39 So.2d 694.

Writ denied.

BROWN, SIMPSON and STAKELY, JJ., concur.